**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

| | |
|---|---|
| 10 Intel Corp., | NO. C 08-04555 JW |
| _____/ | NO. C 08-05543 JW |
| 11 | NO. C 08-05544 JW |
| Broadcom Corp., et al., | NO. C 08-05624 SI |
| 12 _____/ | NO. C 08-05742 MHP |
| 13 Marvell Semiconductor, Inc., et al., | **ORDER RELATING CASES; STAYING** |
| _____/ | **CASE DEADLINES; SETTING CASE** |
| 14 | **MANAGEMENT CONFERENCE;** |
| Acer America Corp., et al., | **DENYING MOTION TO EXTEND TIME** |
| 15 _____/ | |
| 16 Sony Computer Entertainment America, Inc., et al., | |
| 17 | |
| 18       Plaintiffs, | |
| 19    v. | |
| 20 Wi-LAN, Inc., et al., | |
| 21       Defendants. | |
| _____/ | |

22   **A.    Motions to Relate Cases**

23        Presently before the Court are two administrative motions to relate this action, Intel Corp. v.

24   Wi-LAN, Inc., No. C 08-04555 JW to two later-filed cases in this District, Sony Computer

25   Entertainment America, Inc. v. Wi-LAN, Inc., No. C 08-05742 MHP, and Acer America Corp v.

26   Wi-LAN, Inc., No. C 08-05624 SI.  (Docket Item Nos. 41, 43.)   On January 16, 2009, the Court

27   related this action to two additional later-filed cases, Broadcom Corp. v. Wi-LAN, Inc., No. C 08-

28   05543 JW, and Marvell Semiconductor, Inc. v. Wi-LAN, Inc., No. C 08-05544 JW.  (See Docket

1   Item No. 38.)  Defendants have filed a statement of non-opposition to Plaintiffs' motions to relate.

2   (Docket Item No. 49.)

3          Civil Local Rule 3-12(a) provides that an action is related to another when:

4          (1)     The actions concern substantially the same parties, property, transaction or event; and

5          (2)     It appears that there will be an unduly burdensome duplication of labor and expense

6                  or conflicting results if the cases are conducted before different judges.

7          Upon review, the Court finds that Plaintiffs have made a sufficient showing to establish that

8   each of the later-filed cases are substantially related to the Intel action under Local Rule 3-12(a).

9   Since Intel is the first-filed action, the cases are properly related to the Intel action.  Accordingly, the

10  Court GRANTS Plaintiffs' motions to relate.

11  **B.     Case Scheduling**

12         The Court has now related the Intel action to four other declaratory judgment actions

13  pending in this District.  The Court has also been informed that the patent at issue in the five cases in

14  this District, U.S. Patent No. 6,549,749 ("'749 patent"), is being asserted by Defendants against

15  Plaintiffs in an infringement action in the Eastern District of Texas, known as Wi-LAN, Inc. v. Acer,

16  No. 2:07-CV-473 (TJW) (E.D. Tex.).  Relatedly, Defendants in the Broadcom action have moved to

17  either dismiss or transfer the case to the Eastern District of Texas.

18         In light of the growing complexity of these related actions, the Court orders as follows:

19         (1)     All parties shall appears for the Case Management Conference currently set for

20                 **March 16, 2009 at 10 a.m.**  At the Conference, the Court intends to address case

21                 consolidation and a global approach for managing Defendants' motions to dismiss

22                 these actions or to transfer them to the Eastern District of Texas.  With these issues in

23                 mind, on or before **March 6, 2009**, the parties to all five cases shall collectively file a

24                 Joint Case Management Statement.

25         (2)     All deadlines in the five related Wi-LAN actions are STAYED.

26         (3)     Defendant Intel's Motion to Dismiss for lack of jurisdiction (Docket Item No. 31)

27                 presently set for March 30, 2009 is taken off calendar until such time as the Court

28                                                   2

**United States District Court**
For the Northern District of California

1    determines the case structure following the **March 16, 2009** Case Management

2    Conference.

3    (4)    Defendants' Motion to Extend Time in the <u>Broadcom</u> action (Docket Item No. 11 in

4    Case No. C 08-05543 JW) is DENIED as moot.

5

6    Dated:  February 20, 2009                                    _James Ware_____

7                                                                                    JAMES WARE
                                                                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

A. James Isbester jamie@itpatentcounsel.com
Adam R. Alper aalper@kirkland.com
Christian Chadd Taylor ctaylor@kirkland.com
Gayle Esther Rosenstein gayle.rosenstein@weil.com
George C. Best gbest@foley.com
Gregory S. Arovas garovas@kirkland.com
John M. Desmarais jdesmarais@kirkland.com
Megan M Chung mmchung@townsend.com
Michael C. Spillner mspillner@orrick.com
Michael Woodrow De Vries mike.devries@lw.com

Dated:  February 20, 2009                    Richard W. Wieking, Clerk


By:     /s/ JW Chambers
        **Elizabeth Garcia**
        **Courtroom Deputy**

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28