David J. Levy (admitted *pro hac vice*)
dlevy@morganlewis.com
Rick L. Rambo (admitted *pro hac vice*)
rrambo@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Ste 4200
Houston, TX 77002
Telephone:  (713) 890-5000
Facsimile:  (713) 890-5001

Michael J. Lyons (State Bar No. 202284)
mlyons@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Telephone:  (650) 843-7507
Facsimile:  (650) 843-4001

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY ELECTRONICS INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC, HEWLETT-PACKARD COMPANY, AND LENOVO (UNITED STATES) INC.<br><br>Plaintiffs,<br><br>v.<br><br>WI-LAN, INC.,<br><br>Defendant. | Case No. 5:08-cv-05742-JW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF HEWLETT-PACKARD COMPANY'S COMPLAINT FOR DECLARATORY JUDGMENT** |

1  Plaintiff Hewlett-Packard Company ("HP"), by and through its undersigned counsel,
2  hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1) as follows:
3  WHEREAS, on December 23, 2008, HP filed a Complaint for Declaratory Judgment,
4  alleging, among other things, non-infringement, invalidity and unenforceability of U.S. Patent No.
5  6,549,759 ("the '759 patent");
6  WHEREAS, Defendant, Wi-LAN Inc. has not answered or moved for summary judgment;
7  and
8  WHEREAS, HP is willing to voluntarily dismiss without prejudice its Complaint for
9  Declaratory Judgment as to the '759 patent;
10  HP HEREBY GIVES NOTICE of its voluntary dismissal without prejudice of its
11  Complaint for Declaratory Judgment seeking a declaration of non-infringement, invalidity and
12  unenforceability of the '759 patent.

DATED: June 24, 2009

Respectfully submitted,

MORGAN, LEWIS and BOCKIUS LLP

MICHAEL J. LYONS (State Bar No. 202284)
DAVID J. LEVY (admitted *pro hac vice*)
RICK L. RAMBO (admitted *pro hac vice*)

By /s/ Michael J. Lyons
Michael J. Lyons

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

PURSUANT TO NOTICE, IT IS SO ORDERED.
The Clerk shall terminate Plaintiff Hewlett-Packard Co. from the Docket.

Dated: July 1, 2009

Hon. James Ware
United States District Judge

DB1/63105769.2

-1-

CASE NO. 5:08-cv-05742-JW

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF HEWLETT-PACKARD COMPANY'S COMPLAINT