GEORGE C. BEST, CA BAR NO. 255,555
gbest@foley.com
**FOLEY & LARDNER LLP**
975 PAGE MILL ROAD
PALO ALTO, CA 94304-1013
TELEPHONE:    650.856.3700
FACSIMILE:    650.856.3710

PAVAN K. AGARWAL, *PRO HAC VICE*
pagarwal@foley.com
JOHN J. FELDHAUS, *PRO HAC VICE*
jfeldhaus@foley.com
**FOLEY & LARDNER LLP**
WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 500
WASHINGTON, DC 20007-5143
TELEPHONE:    202.672-5300F
FACSIMILE:    202.672.5399

**ATTORNEYS FOR PLAINTIFF**
**TOSHIBA AMERICA INFORMATION SYSTEMS, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA, INC., SONY ELECTRONICS INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., HEWLETT-PACKARD COMPANY, and LENOVO (UNITED STATES) INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WI-LAN INC.,<br><br>Defendant. | Case No. 5:08-CV-5742 JW<br><br>**Related To:**<br><br>Case No. 5:08-CV-5543 JW<br>Case No. 5:08-CV-5544 JW<br>Case No. 5:08-CV-5624 JW<br>Case No. 5:08-CV-4555 JW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF TOSHIBA'S COMPLAINT FOR DECLARATORY JUDGMENT**<br><br>The Honorable James Ware |

1     Plaintiff Toshiba America Information Systems, Inc. ("TAIS"), by and through its
2 undersigned counsel, hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1) as follows:
3     WHEREAS, on December 23, 2008, TAIS filed a Complaint for Declaratory
4 Judgment, alleging, among other things, non-infringement, invalidity and
5 unenforceability of U.S. Patent No. 6,549,759 ("the '759 patent");
6     WHEREAS, Defendant, Wi-Lan Inc. has not answered or moved for summary
7 judgment; and
8     WHEREAS, TAIS is willing to voluntarily dismiss without prejudice its
9 Complaint for Declaratory Judgment as to the '759 patent;
10     TAIS HEREBY GIVES NOTICE of its voluntary dismissal without prejudice of
11 its Complaint for Declaratory Judgment seeking a declaration of non-infringement,
12 invalidity and unenforceability of the '759 patent.

Dated: August 10, 2009     By:      /s/
                                                      George C. Best, CA Bar No. 255,555
                                                      **FOLEY & LARDNER LLP**
                                                      975 Page Mill Road
                                                      Palo Alto, CA 94304
                                                      Phone: 650.856.3700
                                                      Fax: 650.856.3710
                                                      Email: gbest@foley.com

                                                      Attorney for Plaintiff Toshiba American
                                                      Information Systems, Inc.

    PURSUANT TO NOTICE, IT IS SO ORDERED.

Dated: August 14, 2009     _/s/ James Ware_
                                        Honorable James Ware
                                        United States District Judge

# CERTIFICATE OF SERVICE

I am employed in the **County of Santa Clara, State of California**. I am over the age of 18 and not a party to this action; my current business address is **975 Page Mill Road, Palo Alto, CA 94304-1013**.

On **August 10, 2009**, I served the foregoing document(s) described as: **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF TOSHIBA'S COMPLAINT FOR DECLARATORY JUDGMENT** on the interested parties in this action as follows:

X    BY ELECTRONIC SERVICE accomplished through the Notice of Electronic Filing for parties and counsel who are registered ECF Users.

All other interested parties in this action were served as follows:

X    BY THE FOLLOWING MEANS:
I placed an original enclosed in sealed envelope(s) addressed as follows:

Eric J. Klein  
Akin Gump LLP  
1700 Pacific Avenue  
Suite 4100  
Dallas, TX 75201

Ira R. Hatton  
Akin Gump LLP  
1111 Louisiana Street  
44th Floor  
Houston, TX 77002

X    BY MAIL
- X   I placed the envelope(s) with postage thereon fully prepaid in the United States mail, at **Palo Alto, California**.
- X   I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at **Palo Alto, California**. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

X    Executed on **August 10, 2009**, at **Palo Alto, California**.

X    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____  
Carin Phillips