Kevin P.B. Johnson (Bar No. 177129)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
kevinjohnson@quinnemanuel.com

Attorneys for Plaintiffs SONY COMPUTER ENTERTAINMENT AMERICA INC. and SONY ELECTRONICS INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY ELECTRONICS INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC, HEWLETT-PACKARD COMPANY, AND LENOVO (UNITED STATES) INC.<br><br>Plaintiffs,<br><br>vs.<br><br>WI-LAN, INC.,<br><br>Defendant. | CASE NO. 5:08-CV-05742 JW<br><br>**Related To:**<br>Case No. 5:08-CV-04555 JW<br>Case No. 5:08-CV-05543 JW<br>Case No. 5:08-CV-05544 JW<br>Case No. 5:08-CV-05624 JW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF SONY COMPUTER ENTERTAINMENT AMERICA INC. AND SONY ELECTRONICS INC.'S COMPLAINT FOR DECLARATORY JUDGMENT**<br><br>The Honorable James Ware |

Plaintiffs Sony Computer Entertainment America Inc. ("SCEA") and Sony Electronics Inc. (SEL), by and through their undersigned counsel, hereby give notice pursuant to Fed. R. Civ. P. 41(a)(1) as follows:

WHEREAS, on December 23, 2008, Plaintiffs filed a Complaint for Declaratory Judgment Relief, alleging, *inter alia*, non-infringement, invalidity and unenforceability of U.S. Patent No. 6,549,759 (the '759 patent);

WHEREAS, Defendant Wi-LAN Inc. has not answered or moved for summary judgment; and

WHEREAS, Plaintiffs are willing to voluntarily dismiss without prejudice their Complaint for Declaratory Judgment as to the '759 patent;

PLAINTIFFS HEREBY GIVE NOTICE of their voluntary dismissal without prejudice of their Complaint for Declaratory Judgment seeking a declaration of non-infringement, invalidity and unenforceability of the '759 patent.

DATED: August 14, 2009

*Kevin PB Johnson*
with permission
A. Bramhall
253115

Kevin P.B. Johnson (Bar No. 177129)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
kevinjohnson@quinnemanuel.com

Attorneys for Plaintiffs SONY COMPUTER ENTERTAINMENT AMERICA INC. and SONY ELECTRONICS INC.

PURSUANT TO NOTICE, IT IS SO ORDERED.

Date: August 17, 2009

*James Ware*
Honorable James Ware
United States District Judge

.51314/2977051.2

-2-

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 14th day of August, 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system. Any other counsel of record will be served by first class mail and/or electronic mail.

DATED: August 14, 2009

*with permission*
*A. Bramhall*
*253115*

_/s/ Kevin PB Johnson_
Kevin P.B. Johnson