1 | Reginald D. Steer (State Bar No. 056324)
rsteer@akingump.com
2 | AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
3 | San Francisco, CA 94104-1036
Telephone: (415) 765-9520
4 | Facsimile: (415) 765-9501

5 | Fred I. Williams (admitted *pro hac vice*)
fwilliams@akingump.com
6 | AKIN GUMP STRAUS HAUER & FELD LLP
300 West 6th Street, Suite 2100
7 | Austin, TX 78701-3911
Telephone: (512) 499-6200
8 | Facsimile: (512) 499-6290

9 | Eric J. Klein (admitted *pro hac vice*)
eklein@akingump.com
10 | AKIN GUMP STRAUS HAUER & FELD LLP
1700 Pacific Street, Suite 4100
11 | Dallas, TX 75201-4675
Telephone: (214) 969-2800
12 | Facsimile: (214) 969-4343

13 | Attorneys for Plaintiff
LENOVO (UNITED STATES) INC.

*IT IS SO ORDERED*
Judge James Ware
8/20/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY ELECTRONICS INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC, HEWLETT-PACKARD COMPANY, AND LENOVO (UNITED STATES) INC.<br><br>Plaintiffs,<br><br>vs.<br><br>WI-LAN, INC.,<br><br>Defendant. | CASE NO. 5:08-cv-05742 JW<br><br>**Related To:**<br>Case No. 5:08-CV-04555 JW<br>Case No. 5:08-CV-05543 JW<br>Case No. 5:08-CV-05544 JW<br>Case No. 5:08-CV-05624 JW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF LENOVO (UNITED STATES) INC.'S COMPLAINT FOR DECLARATORY JUDGMENT**<br><br>The Honorable James Ware |

1   Plaintiff Lenovo United States, Inc. ("Lenovo") by and through its undersigned counsel,
2 hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1) as follows:
3   WHEREAS, on December 23, 2008, Lenovo filed a Complaint for Declaratory Judgment
4 Relief, alleging, among other things, non-infringement, invalidity and unenforceability of U.S.
5 Patent No. 6,549,759 (the '759 patent);
6   WHEREAS, Defendant, Wi-LAN Inc. has not answered or moved for summary judgment;
7   WHEREAS, LENOVO is willing to voluntarily dismiss its Complaint for Declaratory
8 Judgment without prejudice;
9   LENOVO HEREBY GIVES NOTICE of its voluntary dismissal without prejudice of its
10 Complaint for Declaratory Judgment Relief seeking a declaration of non-infringement, invalidity
11 and unenforceability of the '759 patent.

12 DATED:  August 17, 2009          Respectfully submitted,

              AKIN GUMP STRAUSS HAUER & FELD LLP

              Reginald D.  Steer (State Bar No. 056324)
              Fred I. Willimas (admitted *pro hac vice*)
              Eric J. Klein (admitted *pro hac vice*)


              By  /s/  Eric J. Klein
                 Eric J. Klein
                 AKIN GUMP STRAUS HAUER & FELD LLP
                 1700 Pacific Street, Suite 4100
                 Dallas, TX 75201-4675

                 Attorneys for Plaintiff
                 LENOVO (UNITED STATES) INC.


     PURSUANT TO NOTICE, IT IS SO ORDERED.

     Date:  ____August 20,____, 2009    ___/s/ James Ware___
                                        Honorable James Ware
                                        United States District Judge

-2-

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF LENOVO'S COMPLAINT,
CASE NO. 5:08-CV-5742 JW

-3-

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 17th day of August, 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.  Any other counsel of record will be served by first class mail and/or electronic mail.

      /s/Eric J. Klein
      Eric J. Klein