**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sony Computer Entm't America Inc., et al., | NO. C 08-05742 JW |
| Plaintiffs, | **ORDER CLOSING CASE** |
| v. | |
| WI-Lan, Inc., | |
| Defendant. | |

In light of Plaintiffs Sony Computer Entertainment America, Inc., Sony Electronics, Inc., Toshiba America Information Systems, Inc., Hewlett-Packard Co., Lenovo (United States) Inc.'s Notices of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1), (Docket Item Nos. 61, 65, 67, 69), and the Court's approval of these Notices, (Docket Item Nos. 63, 66, 68, 70), the Clerk of Court shall close this file.

Dated: September 1, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrew Jonathan Bramhall andrewbramhall@quinnemanuel.com
Chad Allen Stegeman cstegeman@akingump.com
David Jack Levy dlevy@morganlewis.com
Fred I. Williams fwilliams@akingump.com
Gayle Rosenstein Klein gklein@mckoolsmith.com
George C. Best gbest@foley.com
John J. Feldhaus jfeldhaus@foley.com
Kevin P.B. Johnson kevinjohnson@quinnemanuel.com
Michael John Lyons mlyons@morganlewis.com
Pavan K. Agarwal pagarwal@foley.com
Reginald David Steer rsteer@akingump.com
Rick L. Rambo rrambo@morganlewis.com

**Dated: September 1, 2009**          **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**

**United States District Court**
For the Northern District of California